1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   AMERICANS W/DISABILITIES ADVOCATES,          No. 03-01430 CW
                                                     03-01432 CW
10          Plaintiff,                               03-01439 CW
                                                     03-01440 CW
11       v.                                          03-01441 CW
                                                     03-03322 CW
12   AMERCO,                                         03-03326 CW
                                                     03-03983 CW
13          Defendant.                               03-03984 CW
    _____/                03-03985 CW
14                                                   03-03986 CW
                                                     03-04039 CW
15                                                   03-04040 CW
                                                     03-04041 CW
16                                                   03-04314 CW

17                                               ORDER DISMISSING
                                                 CONSOLIDATED
18                                               CASES

19

20

21       The above-captioned cases having been consolidated for all

22   further proceeding with C-03-1428 CW, Americans with Disabilities

23   Advocates v. AMERCO,

24       IT IS HEREBY ORDERED that:

25       There appears to be no further reason at this time to maintain

26   these files as open ones for statistical purposes, and the Clerk is

27   instructed to submit the JS-6 Forms to the Administrative Office.

28       2.  Nothing contained in this Order shall be considered a

**United States District Court**
For the Northern District of California

dismissal or disposition of these actions, and, should further
proceedings become necessary or desirable, any party may initiate
it in the same manner as if this Order had not been entered.

United States District Court
For the Northern District of California

9/8/05

Dated _____          _____
                                         CLAUDIA WILKEN
                                         United States District Judge

*Claudia Wilken*

United States District Court

For the Northern District of California